**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1658**
_____

DEBORAH FERRUCCIO,

        Plaintiff - Appellant,

    v.

TARE DAVIS, in his official capacity as Chairperson, Warren County Board of Commissioners; WARREN COUNTY, NC,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-cv-00346-BO)

_____

Submitted:  June 25, 2024                                          Decided:  July 31, 2024

_____

Before THACKER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Deborah Ferruccio, Appellant Pro Se.  Brian Florencio Castro, Raleigh, North Carolina, James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Ferruccio appeals the district court's order granting summary judgment to Defendants on her 42 U.S.C. § 1983 complaint challenging a 2011 ordinance that regulates noise levels in Warren County, North Carolina.  We have reviewed the record and find no reversible error in the district court's assessment of the merits of her due process and equal protection claims.

Ferruccio also asserts that the district court judge was biased against her.  A judge should recuse himself "in any proceeding in which his impartiality might be questioned" or if "he has a personal bias or prejudice concerning a party."  28 U.S.C. § 455(a), (b)(1).  Because Ferruccio did not seek disqualification of the district court judge below, her claim is not preserved for appellate review absent extraordinary or exceptional circumstances. *See Flame S.A. v. Freight Bulk Pte. Ltd,* 807 F.3d 572, 592 (4th Cir. 2015).  Ferruccio has not demonstrated any such circumstances.  *See Belue v. Leventhal*, 640 F.3d 567, 573 (4th Cir. 2011) (noting judicial rulings "almost never" constitute valid basis for disqualification of judge).

Accordingly, we affirm the district court's order.  *Ferruccio v. Davis*, No. 5:19-cv-00346-BO (E.D.N.C. Jun. 9, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2